UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARYANN ROONEY** <br> **and H. PATRICK ROONEY** | *CIVIL ACTION NO. |
| **VERSUS** | * JUDGE |
| **PELLA CORPORATION** | * MAGISTRATE |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, **MARYANN ROONEY and H. PATRICK ROONEY,** who files their Complaint against **PELLA CORPORATION,** and in support thereof would show unto the Court the following:

### JURISDICTION AND VENUE

### I.

Jurisdiction of the Honorable Court is based upon 28 U.S.C. 1332 (diversity of citizenship); Complaints submit to this Court that the matter in controversy exceeds the jurisdictional minimum amount, exclusive of interest and costs.

### PARTIES

### II.

Parties named herein are as follows:

A.  Named Complainants herein are:

   1.  **MARYANN H. ROONEY,** a resident of the full age of majority domiciled in Metairie, Louisiana.

        2.    **H. PATRICK ROONEY,** a resident of the full age of majority domiciled in Metairie, Louisiana.

B.    Named Defendant herein is:

        1.    **PELLA CORPORATION** an Iowa corporation, authorized to do and doing business under the laws of the State of Louisiana and within the jurisdiction of the Honorable Court.

**FACTS**

**III.**

In May of 2002, Complainants, **MARYANN ROONEY and H. PATRICK ROONEY**, (hereinafter, "ROONEYS") accepted delivery of windows and doors in connection with a purchase of same from **PELLA CORPORATION** (hereinafter, "PELLA") to be installed in the construction of the Rooney Family residence being constructed by A&T Construction located at 4020 Metairie Court, Metairie, Louisiana; in August of 2003 the Rooney Family residence was completed by A&T Construction and the Rooney Family moved into their residence.

**IV.**

Since the installation of the PELLA windows and doors in the Rooney Family residence numerous defects in the windows and doors were discovered by ROONEYS on the following instances and following each defect discovery, notifications were made directly to PELLA:

        1.    Spring of 2009

        2.    Fall of 2012

        3.    Spring of 2013

    4.  Spring of 2016

    5.  Spring of 2017

    6.  Winter of 2018

In response to the continuing defects and multiple notifications, PELLA would only remove and replace the failing windows and doors that showed obvious defects at the time. However, ROONEYS were solely responsible for the installation, painting, sheet rock repair costs and structural damage costs. This went on for many years and the windows and doors continued to fail, more particularly 23 windows as of the filling of this Complaint.

## V.

The original builder of the Rooney Family residence, A&T Construction, inspected the rotting windows in 2009 and 2012 and discovered severe water damage to the North side of the Rooney Family residence which caused structure failure and termite infestations in the area of the defective windows. In the spring of 2013, the PELLA windows and doors again caused several water damage and termite infestation of the North side of the Rooney Family residence due to its inherent defects. In the 2016, more windows and doors have been discovered defective and I was forced to contact a new contractor, Pham Construction, to inspect the continuing failing and defective windows and doors due to A&T Construction owner retirement. The PELLA windows and doors again caused several water damage and termite infestation of the West side of the Rooney Family residence due to its inherent defects. In the 2017 and 2018, more windows and doors have been discovered defective.

## CAUSES OF ACTION

## Louisiana Civil Code

### VII.

The actions, omissions and inactions of PELLA in the sale and knowledge of a defective product and the inadequate responses of PELLA fail under Louisiana Civil Code Article 2520, et seq., and, the actions, omissions, inactions, failures, unfulfilled promises and incompetent attempts to provide ROONEYS with replacement non-defective windows and doors are all violations of Book III, Title III, of the Louisiana Civil Code and obligates PELLA to compensate ROONEYS for all damages and obligations due under the original sales contract and warranty provided by PELLA; as such, PELLA is responsible to ROONEYS as follows:

    A.    Diminution of value of Rooney Family residence;

    B.    Replacement value of new windows and doors that do not fail;

    C.    Expenses for relocation during replacement period;

    D.    Repair costs of damages caused by PELLA windows and doors to the Rooney Family residence;

    E.    Attorney Fees and court costs;

    F.    Interest on recoverable damages; and

    G.    Any other yet to be determined damages that will be shown at the time of trial pursuant to discovery, inspection, witnesses testimony and expert reports and testimony.

**VIII.**

**WHEREFORE**, Complainants, **MARYANN ROONEY and H. PATRICK ROONEY,** pray for judgment against Defendant, **PELLA**, in an amount as may be due and proper in the premises, and for all costs and disbursements in this action for all general and equitable relief.

Respectfully submitted,

BY: _____
**H. PATRICK ROONEY (LBRN 21064)**
3848 Veterans Blvd.
Suite 201
Metairie, LA 70002
P: (504) 455-4185
F: (504) 455-4480
pat@southernlegalclinics.com

**WAIVER OF SERVICE AT THIS TIME FOR:**
**PELLA CORPORATION**

# **V E R I F I C A T I O N**

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish and State aforesaid, personally came and appeared:

**MARYANN ROONEY and H. PATRICK ROONEY**

who, after being duly sworn did depose and declare that:

Affiants are the petitioners in the above and foregoing, and that affiants have read same, and that all of the allegations contained therein are true and correct according to the best of affiants' information, knowledge, and belief.

_____
MARYANN ROONEY

_____
H. PATRICK ROONEY

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 19th DAY
OF November, 2018.

_____
NOTARY PUBLIC
**TIMOTHY P. ROONEY (19130**